```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
BAKER HUGHES ENERGY SERVICES LLC et al.,                        :
                                                                :
                              Petitioners,                      :      21-CV-1961 (JMF)
                                                                :
           and                                                  :      ORDER
                                                                :
                                                                :
INTERNATIONAL ENGINEERING &                                     :
CONSTRUCTION S.A. et al.,                                       :
                                                                :
                              Respondents.                      :
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On March 8, 2021, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **March 15, 2021**. Respondents' opposition, if any, is due on **March 29, 2021**. Petitioners' reply, if any, is due **April 5, 2021**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **March 15, 2021**, and shall file an affidavit of such service with the court no later than **March 16, 2021**.

SO ORDERED.

Dated: March 8, 2021
      New York, New York
                                                       JESSE M. FURMAN
                                                United States District Judge