UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BAKER HUGHES ENERGY SERVICES LLC,
et al.,

                        Petitioners,

          -against-

INTERNATIONAL ENGINEERING &
CONSTRUCTION S.A. et al.,

                        Respondents.
-----------------------------------------------------------X

21 **CIVIL** 1961 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2021, in short, due to the strong deference owed to the decisions of arbitrators, the Court is compelled to reject IEC's arguments and confirm the Award. Accordingly, GE's petition to confirm the Award is GRANTED, and IEC's cross-petition to vacate the Award is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
        November 17, 2021

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**
                          **BY:**
                                                **Deputy Clerk**